In re Boyce Allen BRASINGTON, Debtor.

Stanley Shapiro; Dyan Brasington, Plaintiffs–Appellees,

v.

Boyce Allen Brasington, Defendant–Appellant,

and

Kim Y. Johnson, Trustee, Trustee.

No. 02–1394.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 30, 2002.

Decided Sept. 23, 2002.

J. Marcus Slowiak, Annapolis, Maryland, for Appellant. Stanley Shapiro, Dyan Brasington, Appellees Pro Se.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Boyce Allen Brasington appeals from the district court's order affirming the bankruptcy court's order determining that a marital debt was not dischargeable in his bankruptcy proceeding. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See* *Brasington v. Shapiro,* 274 B.R. 159 (D.Md.2002). The Appellees' motions for summary affirmance/dismissal, for sanctions, and to impose an appeal bond are hereby denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*